UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WASHAM, et al., <br> Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | Case No. 23-cv-00273-JCS <br><br> **ORDER RE COMPLIANCE WITH FED.R.CIV.P. 5.2** |

It has come to the Court's attention that one of the plaintiffs in this case is a minor. Pursuant to Rule 5.2(a), "in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor . . . , a party or nonparty making the filing may include only . . . the minor's initials." There are only limited exceptions to this requirement. Many of the documents that have been filed in this case, in the public record, carry the full name of the minor plaintiff, in violation of Rule 5.2(a). This party's full name is also reflected on the docket of this case because the Court was not previously made aware that they are a minor. Therefore, to protect this minor plaintiff's privacy, the Court ORDERS as follows:

1) The Clerk shall place under seal the following documents and, where indicated, the associated docket entry: dkt. no. 1 and associated docket entry; dkt. no. 2 (document only); dkt. no. 5 (document only); dkt. no. 9 (document only); dkt. no. 15 (document only); dkt. no. 19 (document only); dkt. no. 20 (document only); dkt. no. 24 (document only).

2) The Clerk shall replace the name of the minor party on the docket sheet with their initials (K.G.).

3) No later than **October 27, 2023**, Plaintiffs shall file a redacted complaint replacing

with initials all references to K.G. that use their full name.

4) Going forward, all references to K.G. shall use initials unless an exception to Rule 5.2 applies. In that case, parties should follow the procedures for filing under seal set forth in Civil Local Rule 79-5 where appropriate.

**IT IS SO ORDERED.**

Dated: October 12, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge