United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN GRAY,

      Plaintiff.

    v.

UNITED STATES OF AMERICA,

      Defendant.

Case No.  23-cv-00273-JCS

**CASE MANAGEMENT AND PRETRIAL ORDER (JURY)**

Following the case management conference held on June 17, 2026, IT IS HEREBY ORDERED THAT:

A further case management conference is set for **September 23, 2026, at 2:00 p.m.**, before Magistrate Judge Spero, via Videoconference Only held by Zoom Webinar.  An updated joint case management conference statement is due **September 16, 2026.**

IT IS FURTHER ORDERED THAT:

**I.  DISCOVERY**

A.  All non-expert discovery shall be completed by **December 16, 2026.**

B.  All expert disclosures required by the Federal Rules of Civil Procedure shall be made by **January 13, 2027**, by the party that bears burden of proof on a claim or defense.  Expert rebuttal disclosures by the party that does not bear the burden of proof on an issue shall be made by **February 3, 2027**.

C.  All discovery from experts shall be completed by **February 17, 2027**.

D.  In lieu of filing formal discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer regarding the subject matter of the Motion(s) in an effort to resolve these matters.  After attempting other means to confer on the issue (i.e. letter,

Revised 10/27/2023

United States District Court
Northern District of California

phone call, e-mail) any party may demand such a meeting on ten (10) business days' notice.  The location of the meeting will alternate with the first location selected by counsel for Plaintiff, the second by counsel for Defendant, etc.  Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court, not to exceed five (5) pages without leave of Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.  Upon receipt of the Joint Letter the Court will determine what future proceedings are necessary.

## II.    MOTIONS

Each party may file one *Daubert* motion, addressing any number of expert witnesses, to be heard at the same time as dispositive motions.  All dispositive motions and *Daubert* motions shall be heard on **April 28, 2027, via Zoom Webinar, at 9:30 a.m.**  As set forth in the minutes, the deadline to file dispositive and Daubert motion sis March 3, 2027.  Any opposition shall be filed on or before March 17, 2027.  Any reply shall be filed on or before March 24, 2027.

All chambers' copies should be submitted in .pdf format and emailed to JCSPO@cand.uscourts.gov. Please do not submit paper copies unless requested by the Court.

No party may file more than one (1) summary judgment motion without leave of Court.

IT IS SO ORDERED.

Dated: June 17, 2026



_____
JOSEPH
United S

Judge Joseph C. Spero

United States District Court
Northern District of California

Revised 10/27/2023